**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE CRAVER,<br><br>            Petitioner,<br><br>    v.<br><br>CLARK E. DUCART, Warden,<br><br>            Respondent. | Case No. CV 14-5766 R (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

1     **IT IS ORDERED** that the Petition is denied and Judgment shall
2 be entered dismissing this action without prejudice.

4     **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner at his address of
6 record and on counsel for Respondent.

8     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10 DATED: June 29, 2015

                        MANUEL L. REAL
                        UNITED STATES DISTRICT JUDGE