1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ANDRE CRAVER,                         Case No. CV 14-5766 R (SS)

12                Petitioner,

13        v.                                        **JUDGMENT**

14   CLARK E. DUCART, Warden,

15                Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions  and  Recommendations  of  United  States  Magistrate

19   Judge,

20

21        **IT  IS  HEREBY  ADJUDGED** that  the  above-captioned  action  is

22   dismissed without prejudice.

23

24   DATED:   June 29, 2015

25

26                                          _____
                                            MANUEL L. REAL
27                                          UNITED STATES DISTRICT JUDGE

28